IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARVIN DOUGLAS SUNDQUIST,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEBRASKA, et al.,<br><br>Defendants. | 8:14-CV-220<br><br>ORDER |

This matter is before the Court on the defendants' motion to seal (filing 42), their brief (filing 43), and exhibits (filing 44) in support of their motion for summary judgment. The motion will be granted in part. Pursuant to NEGenR 1.3(a)(1)(B) and NECivR 5.3(c), the defendants' brief and exhibits will be restricted rather than sealed.

IT IS ORDERED:

1.  The defendants' motion to seal (filing 42) is granted in part.

2.  The Clerk of the Court is directed to restrict access to the defendants' brief (filing 43) and exhibit index (filing 44) to court users and case participants.

3.  The Clerk of the Court is directed to regenerate the notices of electronic filing on the defendants' restricted filings in order to provide notice of those filings to the plaintiff.

Dated this 5th day of October, 2015.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge